```
BENJAMIN B. WAGNER
United States Attorney
BAYLEIGH J. PETTIGREW
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00027 |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | |
| TIMOTHY M. DENNA, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Bayleigh J. Pettigrew, Special Assistant United States Attorney, hereby moves to dismiss the Information filed against TIMOTHY M. DENNA, on or about February 26, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 16, 2015                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ Bayleigh J. Pettigrew
                                        BAYLEIGH J. PETTIGREW
                                        Special Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that the Information filed on February 26, 2015 against TIMOTHY M. DENNA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **July 16, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

2