HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY M. DENNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY M. DENNA, <br><br> Defendant. | Case No. 1:15-mj-00027-SAB <br> Citation No. 3430716 <br><br> MOTION TO REMOVE HOLD ON DRIVER'S LICENSE and ORDER |

Defendant Timothy M. Denna, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby requests that the Court remove the hold on his driver's license.

Mr. Denna's initial appearance on Citation No. 3430716 was October 16, 2014.  Mr. Denna failed to appear on that date.  Consequently, the Court issued a warrant for his arrest and reported a hold to the Department of Motor Vehicles.  Mr. Denna subsequently contacted the Court and placed himself on calendar.  On January 8, 2015, he appeared in court and pled not guilty to the offense.  During this hearing, the Court recalled the warrant, but defense counsel neglected to request that the hold on Mr. Denna's driver's license be removed.  On February 26, 2015, the government filed an Information.  On July 16, 2015, the government moved to dismiss the Information, and, that same date, the Court granted the government's motion.

Mr. Denna now requests that the Court remove the hold on his driver's license.  He appeared in court on January 8, 2015, and the case has subsequently been dismissed.

```
                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Date: August 24, 2015               /s/ Erin Snider
                                    ERIN SNIDER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TIMOTHY M. DENNA
```

**O R D E R**

Pursuant to Mr. Denna's request, the Court hereby removes the hold on his driver's license.


IT IS SO ORDERED.

Dated:   **August 24, 2015**

UNITED STATES MAGISTRATE JUDGE